In the Matter of the Accounting of ROBERT C. BROWN, as Executor of GEORGE L. BUCKMAN, Deceased.

ISABEL KAY et al., Appellants; EMILY W. MACCORMACK et al., as Executors and Trustees under the Will of ROBERT S. MACCORMACK, Deceased, et al., Respondents.

Argued January 16, 1947; decided April 10, 1947.

John M. Harlan, Clarence B. Campbell, Jerome S. Zurkow and Philip C. Scott for appellants.

Mortimer M. Kassell and Paul Newman for State Tax Commission, amicus curiæ, in support of appellant's position.

William W. Pellet for respondents.

Order affirmed, with costs payable out of the estate; no opinion. [See 297 N. Y. 472.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.